UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY C. ALTIMIRANO, | No. 2:15-cv-0648 AC |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

     Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security ("Commissioner") denying an application for disability benefits under Titles II and XVI of the Social Security Act. Under the venue statute governing this action, plaintiff may obtain a review of any final decision of the Commissioner made after a hearing to which the plaintiff was a party, by commencing a civil action in the federal district court for the judicial district in which the claimant resides. 42 U.S.C. §§ 405(g) & 1383(c)(3). According to his complaint, plaintiff resides in Visalia, California, which is located in Tulare County. That county is part of the Fresno Division of the United States District Court for the Eastern District of California. See E.D. Cal. R. ("Local Rule") 120(d).

     Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the

1

court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA  93721

DATED: March 24, 2015

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE